UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TONY N. ORR,

    Plaintiff,

v.

    CASE NO. CV413-255

INTERNATIONAL LONGSHOREMEN
ASSOCIATION, LOCAL 1414
SAVANNAH, GEORGIA

    Defendants,

## ORDER

By consent of the parties as filed with the Court, this case is hereby **DISMISSED** with prejudice. The clerk of the Court is **DIRECTED** to close the case.

**SO ORDERED** this _8_ day of April, 2014.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia